Thomas L. Waters, Plaintiff-Appellant, v. Zeno Middleton, Defendant-Appellee.

Term No. 58–F–18. 

Fourth District.

June 2, 1958.

Rehearing denied July 22, 1958.

Released for publication August 6, 1958.

James A. Starnes, and Thomas L. Waters, for appellant; McGlynn & McGlynn (Charles M. Whealon, of counsel) for appellee. Opinion by PRESIDING JUSTICE BARDENS. **Not to be published in full.**